1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SIMON RANTEESI,                              No.  2:13-cv-1335 MCE CKD PS

12                    Plaintiff,

13         v.                                      ORDER

14   MARK CONSTANCE, et al.,

15                    Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se.  Plaintiff has requested leave to proceed in

18   forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted a declaration that makes the

19   showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis

20   will be granted.[1]

21         Plaintiff has also requested the appointment of counsel.  The United States Supreme Court

22   has ruled that district courts lack authority to require counsel to represent indigent prisoners in

23   § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain

24   exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to

25   28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v.

26   ───────────────────────
     [1]  Although ordinarily plaintiff would be required under 28 U.S.C. § 1915(b)(1) to pay the
27   statutory filing fee, this action was removed from state court and accordingly the filing fee was
     paid by the removing party.  See 28 U.S.C. § 1914.  Plaintiff therefore will not be assessed the
28   filing fee.

                                                    1

1 | Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find

2 | the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will

3 | therefore be denied.

4 |      Accordingly,  IT IS HEREBY ORDERED that:

5 |      1.  Plaintiff's request to proceed in forma pauperis (ECF No. 14) is granted; and

6 |      2.  Plaintiff's motion to appoint counsel (ECF No. 17) is denied.

7 | Dated:  August 14, 2013

8 | _____
CAROLYN K. DELANEY

9 | UNITED STATES MAGISTRATE JUDGE

12 | 4 ranteesi1335.ifp.cou

2