UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIMON RANTEESI,

    Plaintiff,

  v.

MARK CONSTANCE, et al.,

    Defendants.

No. 2:13-cv-1335 MCE CKD PS

ORDER

    Plaintiff is a state prisoner proceeding pro se. Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.[1]

    Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v.

---

[1] Although ordinarily plaintiff would be required under 28 U.S.C. § 1915(b)(1) to pay the statutory filing fee, this action was removed from state court and accordingly the filing fee was paid by the removing party. See 28 U.S.C. § 1914. Plaintiff therefore will not be assessed the filing fee.

1

Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

      Accordingly,  IT IS HEREBY ORDERED that:

    1. Plaintiff's request to proceed in forma pauperis (ECF No. 14) is granted; and

    2. Plaintiff's motion to appoint counsel (ECF No. 17) is denied.

Dated:  August 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 ranteesi1335.ifp.cou

2