UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON RANTEESI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK CONSTANCE, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-1335 MCE CKD PS<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  Plaintiff has filed a second motion to appoint counsel.  Plaintiff's prior motion to appoint counsel was denied.  Plaintiff's present motion does not present exceptional circumstances that warrant appointment of counsel.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to appoint counsel (ECF No. 20) is denied.

Dated:  August 30, 2013

　　　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_____
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 ranteesi1335.cou.2